UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL COOK,           Petitioner, | ) ) ) | |
| | ) | No. 1:16-cv-290 |
| -v- | ) ) | HONORABLE PAUL L. MALONEY |
| RANDALL HAAS,           Respondent. | ) ) ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 11), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  September 23, 2016              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge

1